relief in the form of a writ of error coram nobis was filed under Rule 27(b) on this date.

Misc. No. 12–8024/AR.   Kenneth A.R. Pinkela, Appellant v. Michael J. Hargis, Colonel, USA, JA Military Judge and the United States, Appellees.   On consideration of the writ-appeal petition, said petition is hereby denied, and the Court's order on the pending motions will be issued subsequent to this order.

Misc. No. 12–8026/AR.   Maurice K. Robins, Appellant v. Commandant, United States Disciplinary Barracks, Appellee.   Notice is hereby given that a writ-appeal petition for review of the decision of the United States Army Court of Criminal Appeals on application for extraordinary relief was filed under Rule 27(b) on this date.

No. 12–0419/AF.   U.S. v. Jackson D. Hearing.   CCA S31959.   On consideration of Appellant's motion to supplement the record, and motion to extend time to file a reply, and Appellee's motion to file an answer out of time, it is ordered that said motions are hereby denied.